**IN THE CIRCUIT COURT OF STODDARD COUNTY, MISSOURI**
**THIRTY-FIFTH JUDICIAL CIRCUIT**

| | |
|---|---|
| GRANDVIEW POULTRY, LLP, | |
| Plaintiff, | |
| v. | Case No.: 24SD-CC00059 |
| TYSON FOODS, INC., TYSON CHICKEN, INC., MARK AVERY, and CAL-MAINE FOODS, INC., | |
| Defendants. | |

## DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on July 5, 2024, Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Mark Avery, and Cal-Maine Foods, Inc. removed this action to the United States District Court for the Eastern District of Missouri, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is attached hereto as Exhibit 1. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

Date: July 5, 2024

Respectfully submitted,

OSBURN, HINE & YATES, L.L.C.
3071 Lexington Avenue
Cape Girardeau, MO 63701
Telephone: 573-651-9000
Facsimile: 573-651-9090
E-mail: rmcferron@ohylaw.com

By: /s/ Ross D. McFerron
Ross D. McFerron, #60047
*Attorneys for Defendant Cal-Maine Foods*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A true and correct copy of the foregoing was served via email to Plaintiff's counsel.

By: /s/ Ross D. McFerron