UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GRANDVIEW POULTRY, LLP<br><br>Plaintiff,<br><br>v.<br><br>TYSON FOODS, INC., et al.<br><br>Defendants. | Case No. 1:24-cv-133-SEP |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Grandview Poultry, LLP ("**Plaintiff**") and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Mary Avery, and Cal-Maine Foods, Inc. (collectively, "**Defendants**"), through their respective counsel, stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims against Defendants, with each side bearing its own attorneys' fees and costs.

So stipulated on this 9th day of August 2024, by:

| | |
|---|---|
| BOULWARE LAW LLC | AXINN, VELTROP & HARKRIDER LLP |
| /s/ Brandon J.B. Boulware<br>Brandon J.B. Boulware    #54150MO<br>Jeremy M. Suhr              #60075MO<br>1600 Genessee, Suite 956A<br>Kansas City, MO 64102<br>Tele/Fax:    (816) 492-2826<br>brandon@boulware-law.com<br>jeremy@boulware-law.com | /s/ Kail J. Jethmalani<br>Kail J. Jethmalani, *pro hac vice*<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 728-2200<br>kjethmalani@axinn.com |
| THE OLIVER FIRM, L.C.<br><br>/s/ Russell D. Oliver<br>Russell D. Oliver           #59394MO | Daniel K. Oakes (*pro hac vice*)<br>1901 L Street NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>doakes@axinn.com |

1402 N. Outer Rd, Ste. A
Dexter, MO 63841
Tele: (573) 614-7959
russ@oliver-lawfirm.com


CLAYTON JONES, ATTORNEY AT LAW

 /s/ Clayton Jones_____
Clayton Jones
P.O. Box 257
405 W. 58 Hwy.
Raymore, MO 64083
Tele:   (816) 318-4266
Fax:    (816) 318-4267
clayton@claytonjoneslaw.com


WHITE, GRAHAM, BUCKLEY, & CARR L.L.C.

/s/ Bryan White_____
Bryan T. White
Deborah J. Blakely
19049 E. Valley View Pkwy, Suite C
Independence, Missouri 64055
Tele:   (816) 373-9080
Fax:    (816) 373-9319
bwhite@wagblaw.com
dblakely@wagblaw.com

*Attorneys for Plaintiffs*

*Counsel for Defendants Tyson Foods, Inc., Tyson Chicken, Inc. and Mark Avery*

OSBURN, HINE & YATES, L.L.C.

/s/ Ross D. McFerron_____
Ross D. McFerron     MO #60046MO
3071 Lexington Ave.
Cape Girardeau, MO 63701
Telephone: (573) 651-9000
Fax: (573) 651-9090
rmcferron@ohylaw.com

*Counsel for Defendant Cal-Maine Foods, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

       /s/ Brandon J.B. Boulware_____
        *Attorney for Plaintiff*

2